UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

OCTAVIA SHANETHA LESESNE *ex rel.* T.L.M., Jr.,

                    Plaintiff,

Case # 17-CV-6636-FPG

v.

AMENDED DECISION AND ORDER

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

Plaintiff filed a Complaint and a Motion for Leave to Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. ECF Nos. 1, 2. The Court has reviewed the affidavit in support of the *in forma pauperis* application in accordance with 28 U.S.C. § 1915(a)(1) and the Complaint in accordance with the 28 U.S.C. § 1915(e)(2) criteria.

The Court finds that Plaintiff has met the statutory requirements for in forma pauperis status and therefore her motion (ECF No. 2) is GRANTED. The Clerk of Court is directed to file Plaintiff's papers without payment of fees. Plaintiff's attorney shall perform the service of papers in this matter, which may be done by certified mail.

      IT IS SO ORDERED.

Dated: September 20, 2017
       Rochester, New York

_____
HON. FRANK P. GERACI, JR.
Chief Judge
United States District Court